UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Anthony R. Mautone

v. : No. 13-

TIMOTHY SAVAGE : <u>ORDER FOR DISMISSAL</u>

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Complaint No. H5118306 against defendant Timothy Savage, which was filed on March 26, 2013, charging him with:

Possession of a Weapon in a Federal Facility

in violation of 18 U.S.C. § 930(a), for the reasons that prosecution of defendant Timothy Savage is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Timothy Savage of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: August 29, 2013